# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

HEATHER McDONALD BRYAN,

Appellant.

v.

JEREMY HARRELL,

Appellee.

No. 2D2024-2394

———————————————

November 7, 2025

Appeal from the Circuit Court for Pinellas County; Rebecca L. Hamilton, Judge.

Jon J. Johnson of Older Lundy Koch & Martino, Tampa, for Appellant.

Mark A. Neumaier, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LUCAS, C.J., and ROTHSTEIN-YOUAKIM and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.